# Court of Appeals
# of the State of Georgia

ATLANTA,  July 15, 2026

*The Court of Appeals hereby passes the following order:*

**A26A2327. NEIGHBORHOOD AUTO REPAIR AND BODY, LLC v. ENGLISH HOLDINGS, LLC.**

Neighborhood Auto Repair and Body, LLC ("Neighborhood Auto") filed a discretionary application from the trial court's February 3, 2026 order granting English Holdings, LLC an immediate writ of possession and awarding damages to English Holdings, LLC. On February 27, 2026, we granted the application, determining that the order was directly appealable. See Case No. A26D0349 (Feb. 27, 2026); OCGA § 5-6-35(j). In our order, we informed Neighborhood Auto that it had ten days in which to file a notice of appeal. See OCGA § 5-6-35(g) ("Within ten days after an order is issued granting the appeal, the applicant, to secure a review of the issues, shall file a notice of appeal as provided by law."). Neighborhood Auto filed its notice of appeal on April 1, 2026.

"The proper and timely filing of the notice of appeal is an absolute requirement to confer appellate jurisdiction upon this court." *Ebeling v. State*, 355 Ga. App. 469, 469 (844 SE2d 518) (2020). Because Neighborhood Auto filed its notice of appeal 33 days after the order granting the application, the appeal is untimely. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction. See OCGA § 5-6-35(g); *Ebeling,*

355 Ga. App. at 469.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 07/15/2026

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*